KAREN M. GOODMAN, SBN: 117423
SUMMER D. HARO, SBN: 245482
GOODMAN & ASSOCIATES
3840 Watt Avenue – Bldg. A
Sacramento, CA 95821-2640
Telephone No: (916) 643-0600
Facsimile No: (916) 643-0605
kgoodman@goodman-law.com
suharo@goodman-law.com

Attorney for Plaintiff Rakesh Joshi and Pranika Joshi

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKESH JOSHI and PRANIKA JOSHI,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>STARBUCKS CORPORATION, a Washington Corporation, and Does 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No.: 2:09-CV-00095-FCD-DAD<br><br>**STIPULATION AND ORDER TO PARTICIPATE IN VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br><br>Hon. Frank C. Damrell, Jr. |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to United States District Court, Eastern District of California's Local Rule 16-271, Plaintiffs Rakesh Joshi, Pranika Joshi, and Defendant Starbucks Corporation stipulate and request that this matter be ordered to the Court's Voluntary Dispute Resolution Program, to be completed by **May 31, 2009**, and that the Court's VDRP Administrator provide the parties with a list of three (3) potential Neutrals from the Court's Panel of Neutrals.

DATED: March 18, 2009          **GOODMAN & ASSOCIATES**

**By:**   //s// Summer D. Haro
KAREN M. GOODMAN,(SBN: 117423),
SUMMER D. HARO (SBN: 245482)
Attorneys for Plaintiffs
RAKESH JOSHI and PRANIKA JOSHI
GOODMAN & ASSOCIATES
3840 Watt Avenue, Bldg. A
Sacramento, CA 95821
(916) 643-0600

DATED: March 18, 2009          **WILLENKEN WILSON LOH & LIEB, LLP**

**By:**   //s// Eileen M. Ahern
JASON H. WILSON,(SBN: 140269)
EILEEN M. AHERN, (SBN: 216822)
Attorneys for Defendant
STARBUCKS CORPORATION
WILLENKEN WILSON LOH & LIEB, LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90071
(213) 955-8030

**IT IS SO ORDERED**

DATED: March 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE