KAREN M. GOODMAN, SBN: 117423
SUMMER D. HARO, SBN: 245482
GOODMAN & ASSOCIATES
3840 Watt Avenue – Bldg. A
Sacramento, CA 95821-2640
Telephone No: (916) 643-0600
Facsimile No: (916) 643-0605
kgoodman@goodman-law.com
suharo@goodman-law.com

Attorney for Plaintiff Rakesh Joshi and Pranika Joshi

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKESH JOSHI and PRANIKA JOSHI,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>STARBUCKS CORPORATION, a Washington Corporation, and Does 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No.: 2:09-CV-00095-FCD-DAD<br><br>**STIPULATION AND ORDER TO PARTICIPATE IN VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br><br>Hon. Frank C. Damrell, Jr. |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to United States District Court, Eastern District of California's Local Rule 16-271, Plaintiffs Rakesh Joshi and Pranika Joshi, and Defendant Starbucks Corporation, stipulate and request that the proposed deadline for completing the Court's Voluntary Dispute Resolution Program ("VDRP"), be extended from **May 31, 2009**, to **July 31, 2009**. The parties have each propounded written discovery and want to ensure that they have sufficient time to receive and review responses prior to the VDRP session. The parties have met and conferred with each other and with the Neutral assigned to this matter, and believe that they will not have adequate time for reviewing

1

and utilizing the discovery for a VDRP session on or before May 31, 2009. Further, Plaintiffs' counsel has a trial scheduled to begin on June 16, 2009, in the Eastern District, before the Hon. Frank C. Damrell, Jr. In consideration of these concerns, and the parties' availability, the parties and the Neutral have met and conferred and scheduled their Voluntary Dispute Resolution Program to take place on <u>June 26, 2009</u>. Although the parties do not anticipate any conflicts with completing the VDRP session on June 26, 2009, to accommodate the possibility of unanticipated conflicts, the parties wish to extend the completion deadline to July 31, 2009. Accordingly, the parties, through their counsel stipulate as follows:

The deadline for the parties to complete the VDRP session is continued to July 31, 2009.

**GOODMAN & ASSOCIATES**

Dated: <u>May 1, 2009</u>  By: <u>//s// Summer D. Haro</u>
Karen M. Goodman (SBN: 117423) or
Summer D. Haro (SBN: 245482)
GOODMAN & ASSOCIATES,
Attorneys for Plaintiffs
RAKESH JOSHI and PRANIKA JOSHI
GOODMAN & ASSOCIATES
3840 Watt Avenue – Bldg. A
Sacramento, CA 95821-2640
Phone: (916) 643-0600

DATED: <u>May 1, 2009</u>  **WILLENKEN WILSON LOH & LIEB, LLP**

By: <u>//s// Eileen M. Ahern</u>
JASON H. WILSON,(SBN: 140269)
EILEEN M. AHERN, (SBN: 216822)
Attorneys for Defendant
STARBUCKS CORPORATION
WILLENKEN WILSON LOH & LIEB, LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90071
(213) 955-8030

**IT IS SO ORDERED**

DATED: May 1, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE