John Karl Buche (SBN 239477)
Sean M. Sullivan (SBN 254372)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
Telephone: 858.459.9111
Facsimile: 858.459.9120
jbuche@buchelaw.com
ssullivan@buchelaw.com

Damian E. LaCroix (SBN (TX) 24027433)
The LaCroix Law Firm (*pro hac vice applicant*)
416 Westheimer
Houston, Texas 77002
Telephone: 713.623.8200
Facsimile: 713.623.8400
dlacroix@cbl-law.com

Attorneys for Plaintiffs,
RAKESH JOSHI and PRANIKA JOSHI

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| RAKESH JOSHI and PRANIKA JOSHI,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington corporation, and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 2:09-cv-00095 FCD DAD<br><br>**ORDER FOR SUSTITUTION OF COUNSEL** |

- 1 -

1  COME NOW plaintiffs Rakesh Joshi and Pranika Joshi (collectively hereinafter, "Plaintiffs"), by and through undersigned counsel, who request the Court's permission to substitute John Karl Buche and the firm of Buche & Associates, P.C., and Damian E. LaCroix of The LaCroix Law Firm, P.C., 416 Westheimer, Houston, Texas 77002 (*pro hac vice applicant*) as counsel of record in place of Karen M. Goodman and Summer D. Hare and the firm of Goodman & Associates.

Respectfully Submitted,

DATED: August 7, 2009         BUCHE & ASSOCIATES, P.C.


 /s/ John Karl Buche              _
JOHN KARL BUCHE
SEAN M. SULLIVAN

875 Prospect, Suite 305
La Jolla, California 92037
Telephone: 858.812.2840
Facsimile: 858.459.9120

 /s/ Damian E. LaCroix_____
Damian E. LaCroix (SBN (TX) 24027433)
The LaCroix Law Firm (*pro hac vice applicant*)
416 Westheimer
Houston, Texas 77002
Telephone: 713.623.8200
Facsimile: 713.623.8400
dlacroix@cbl-law.com

Attorneys for Plaintiffs,
RAKESH JOSHI and PRANIKA JOSH

/ / /
/ / /
/ / /
/ / /
/ / /

**SUBSTITUTION OF COUNSEL**

Plaintiffs Rakesh Joshi and Pranika Joshi (collectively hereinafter "Plaintiffs"), hereby substitute John Karl Buche and the firm of Buche & Associates, P.C., 875 Prospect, Suite 305, La Jolla, California 92037 and Damian E. LaCroix of The LaCroix Law Firm, P.C., 416 Westheimer, Houston, Texas 77002 (*pro hac vice applicant*), as counsel of record in place and stead of Karen M. Goodman and Summer D. Hare and the firm of Goodman & Associates.

Dated: _____           _____/s/_____
                             Rakesh Joshi

Dated: _____           _____/s/_____
                             Pranika Joshi

We hereby consent to the foregoing substitution:

Dated: _____           _____/s/_____
                             Karen M. Goodman
                             Summer D. Hare
                             GOODMAN & ASSOCIATES
                             3840 WATT AVENUE – BLDG. A
                             SACRAMENTO, CA 95821-2640
                             Telephone: (916) 643-0600

We hereby accept this substitution:

Dated: _____           _____/s/_____
                             John Karl Buche
                             Sean M. Sullivan
                             BUCHE & ASSOCIATES, P.C.
                             875 Prospect, Suite 305
                             La Jolla, California 92037
                             Telephone: 858.459.9111

Dated: _____           ____/s/_____
                             Damian E. LaCroix
                             THE LACROIX LAW FIRM, P.C. (***PRO HAC VICE APPLICANT***)
                             416 Westheimer
                             Houston, Texas 77002
                             Telephone: 713.623.8200
                             Facsimile: 713.623.8400
                             dlacroix@cbl-law.com

/ / /

1  **IT IS SO ORDERED.**

2  Dated: August 12, 2009

3  _____
   FRANK C. DAMRELL, JR.
4  UNITED STATES DISTRICT JUDGE