IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAKESH JOSHI, et al.,

        Plaintiffs,                    No. CIV S-09-0095 FCD DAD

        v.

STARBUCKS CORPORATION,        ORDER

        Defendant.

_____/

        This case came before the court on July 31, 2009, for hearing on plaintiffs' motion for order quashing subpoena to Scott Valley Bank and for sanctions (Doc. No. 37) and plaintiff's motion for order quashing subpoena to California Appraisals and for sanctions (Doc. No. 38). Summer Dawn Haro appeared for plaintiffs. Eileen M. Ahern appeared for defendant.

        For the reasons stated in open court, and with the limitations set forth on the record, plaintiffs' motions were denied.

        IT IS ORDERED.

DATED: December 4, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/joshi0095.oah.073109