UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 12, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

RAKESH JOSHI and PRANIKA JOSHI,

    Plaintiffs,        CIV.S-09-0095 FCD DAD

v.

STARBUCKS CORPORATION,

    Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFFS, FILED WITH THE COURT ON JANUARY 12, 2010.**

    Victoria C. Minor,
    Clerk of the Court

ENTERED:    January 12, 2010

    by:_____/s/_____
    Michele Krueger,
    Courtroom Deputy