1  JASON H. WILSON (State Bar No. 140269)
2  EILEEN M. AHERN (State Bar No. 216822)
   WILLENKEN WILSON LOH & LIEB LLP
3  707 Wilshire Boulevard, Suite 3850
4  Los Angeles, CA 90071
   Telephone:  (213) 955-8030
5  Facsimile:  (213) 955-9250
   E-mail:  jwilson@willenken.com
6            eahern@willenken.com

7
   Attorneys for Defendant
8  STARBUCKS CORPORATION

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13

14  RAKESH JOSHI and PRANIKA            Case No. 2:09-CV-00095 FCD DAD
    JOSHI,
15                                      **STIPULATION AND ORDER**
16                 Plaintiffs,          **FURTHER EXTENDING**
                                        **PLAINTIFFS' TIME TO FILE**
17       vs.                            **MOTION FOR ATTORNEYS' FEES**
                                        **AND RELATED NONTAXABLE**
18  STARBUCKS CORPORATION, a            **EXPENSES**
19  Washington corporation, and DOES 1
    through 10, inclusive,
20
21                 Defendant.

22

23

24

25

26  / / /

27  / / /

28
    STIPULATION AND ORDER FURTHER EXTENDING PLAINTIFFS' TIME TO FILE MOTION FOR
    ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES
    JOSHI V. STARBUCKS, CASE NO. 2:09-CV-00095-FCD-DAD
    113881.1

1   Plaintiffs Rakesh Joshi and Pranika Joshi ("Plaintiffs") and defendant Starbucks

2   Corporation ("Starbucks"), through their respective counsel (collectively, the

3   "Parties"), submit the following stipulation:

4          WHEREAS Plaintiffs filed a Notice of Acceptance of Starbucks' Federal Rule

5   of Civil Procedure 68 Offer of Judgment on January 12, 2010, which provided that

6   Plaintiffs would provide to this Court a suitable bill of costs and itemizations for

7   reasonable attorney fees;

8          WHEREAS this Court entered such judgment on January 12, 2010;

9          WHEREAS, pursuant to Federal Rule of Civil Procedure 54 and Local Rule

10  292(b), Plaintiffs' motion for attorneys' fees and related nontaxable expenses

11  originally was due on January 26, 2010;

12         WHEREAS this Court entered the Parties' stipulation and proposed order to

13  extend the deadline for Plaintiffs' motion for attorneys' fees and related nontaxable

14  expenses by fourteen (14) days to February 9, 2010, such that the Parties would have

15  the opportunity to reach an agreement as to the amount of Plaintiffs' attorneys' fees

16  and related nontaxable expenses to be paid by Starbucks without the need for motion

17  practice;

18         WHEREAS the Parties have reached an agreement as to an agreed-upon

19  amount of reasonable attorneys' fees, related nontaxable expenses and costs to be

20  paid by Starbucks, and are currently finalizing a written settlement agreement

21  between the parties;

22         WHEREAS, the Parties agree that the deadline for Plaintiffs' motion for

23  attorneys' fees and related nontaxable expenses should be extended by fourteen (14)

24  days such that the Parties have the opportunity to finalize the written settlement

25  agreement without the need for motion practice,

26         / / /

27         / / /

28
STIPULATION AND ORDER FURTHER EXTENDING PLAINTIFFS' TIME TO FILE MOTION FOR
ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES
JOSHI V. STARBUCKS, CASE NO. 2:09-CV-00095-FCD-DAD

113881.1

IT IS HEREBY STIPULATED by and between the Parties, by and through their respective attorneys of record, as follows:  The time for Plaintiffs to file a motion for attorneys' fees and related nontaxable expenses shall be extended up to and including February 23, 2010.

Dated:  February 8, 2010                         WILLENKEN WILSON LOH & LIEB, LLP


                                                 _s/Eileen M. Ahern_____
                                                 Eileen M. Ahern
                                                 Attorneys for Defendant
                                                 Starbucks Corporation

DATED:  February 8, 2010                         THE LACROIX LAW FIRM, P.C.


                                                 _s/John K. Buche_____
                                                 John K. Buche
                                                 Damian E. LaCroix
                                                 Attorneys for Plaintiffs
                                                 Rakesh Joshi and Pranika Joshi



                                                 **ORDER**

IT IS SO ORDERED.

Dated:  February 9, 2010


                                                 _____
                                                 FRANK C. DAMRELL, JR.
                                                 UNITED STATES DISTRICT JUDGE

113881.1