John Karl Buche (SBN 239477)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
Telephone: 858.459.9111
Facsimile: 858.459.9120
Email: jbuche@buchelaw.com

Damian E. LaCroix (PHV) (SBN (TX) 24027433)
The LaCroix Law Firm
416 Westheimer
Houston, Texas 77002
Telephone: 713.623.8200
Facsimile: 713.623.8400
EMAIL: dlacroix@cbl-law.com

Attorneys for Plaintiffs,
**RAKESH JOSHI and PRANIKA JOSHI**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKESH JOSHI and PRANIKA JOSHI,<br><br>              Plaintiffs,<br><br>   vs.<br><br>STARBUCKS CORPORATION, a Washington corporation, and DOES 1 through 10, inclusive,<br><br>              Defendant. | Case No. 2:09-CV-00095-FCD-DAD<br><br>**STIPULATION AND ORDER AWARDING PLAINTIFFS REASONABLE ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES AND COSTS** |

1  Plaintiffs Rakesh Joshi and Pranika Joshi ("Plaintiffs") and defendant
2  Starbucks Corporation ("Starbucks"), through their respective counsel (collectively,
3  the "Parties"), submit the following stipulation:

4  WHEREAS on January 12, 2010, Plaintiffs filed a Notice of Acceptance of
5  Starbucks' Federal Rule of Civil Procedure 68 Offer of Judgment to pay Plaintiffs
6  Four Hundred Thousand and NO/100 Dollars ($400,000.00) in damages on Plaintiffs'
7  breach of contract cause of action;

8  WHEREAS the Offer of Judgment also required Starbucks to pay Plaintiffs for
9  reasonable attorneys' fees, and related nontaxable expenses and costs Plaintiffs
10 incurred in connection with this lawsuit;

11 WHEREAS on January 12, 2010, pursuant to the Offer of Judgment, this Court
12 entered an interlocutory judgment awarding Plaintiffs Four Hundred Thousand and
13 NO/100 Dollars ($400,000.00) in damages on Plaintiffs' breach of contract cause of
14 action;

15 WHEREAS the only remaining issue before the Court is determining the
16 amount of Plaintiffs' reasonable attorneys' fees, related nontaxable expenses and
17 costs;

18 WHEREAS the Parties have reached an agreement as to an agreed-upon
19 amount of reasonable attorneys' fees, related nontaxable expenses and costs to be
20 awarded Plaintiffs;

21 WHEREAS, the Parties agree that Plaintiffs shall be awarded One Hundred
22 Eighty-Four Thousand Three Hundred Twenty-Two and 49/100 Dollars
23 ($184,322.49) as reasonable attorneys' fees, related nontaxable expenses and costs.

24
25
26
27
28

IT IS HEREBY STIPULATED by and between the Parties, by and through their respective attorneys of record, as follows:  Plaintiffs shall be awarded One Hundred Eighty-Four Thousand Three Hundred Twenty-Two and 49/100 Dollars ($184,322.49) as reasonable attorneys' fees, related nontaxable expenses and costs in addition to the Four Hundred Thousand and NO/100 Dollars ($400,000.00) awarded Plaintiffs on January 12, 2010 for damages on Plaintiffs' breach of contract cause of action.

Dated:  March ____, 2010            THE LACROIX LAW FIRM, P.C.

*s/Damian E. LaCroix*
Damian E. LaCroix
Attorneys for Plaintiffs
Rakesh Joshi and Pranika Joshi

Dated:  March _____, 2010           WILLENKEN WILSON LOH & LIEB, LLP

*s/Eileen M. Ahern*
Eileen M. Ahern
Attorneys for Defendant
Starbucks Corporation

**ORDER**

IT IS SO ORDERED.

Dated: April 14, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER AWARDING PLAINTIFFS REASONABLE ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES AND COSTS

JOSHI V. STARBUCKS, CASE NO. 2:09-CV-00095-FCD-DAD