John Karl Buche (SBN 239477)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
Telephone: 858.459.9111
Facsimile: 858.459.9120
Email: jbuche@buchelaw.com

Damian E. LaCroix (PHV) (SBN (TX) 24027433)
The LaCroix Law Firm
416 Westheimer
Houston, Texas 77002
Telephone: 713.623.8200
Facsimile: 713.623.8400
EMAIL: dlacroix@cbl-law.com

Attorneys for Plaintiffs,
**RAKESH JOSHI and PRANIKA JOSHI**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKESH JOSHI and PRANIKA JOSHI,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>STARBUCKS CORPORATION, a Washington corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:09-CV-00095-FCD-DAD<br><br>**STIPULATION AND ORDER AWARDING PLAINTIFFS REASONABLE ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES AND COSTS** |

Plaintiffs Rakesh Joshi and Pranika Joshi ("Plaintiffs") and defendant Starbucks Corporation ("Starbucks"), through their respective counsel (collectively, the "Parties"), submit the following stipulation:

WHEREAS on January 12, 2010, Plaintiffs filed a Notice of Acceptance of Starbucks' Federal Rule of Civil Procedure 68 Offer of Judgment to pay Plaintiffs Four Hundred Thousand and NO/100 Dollars ($400,000.00) in settlement of this lawsuit;

WHEREAS the Offer of Judgment also included an offer to pay Plaintiffs for reasonable attorneys' fees, and related nontaxable expenses and costs Plaintiffs incurred through the date of the Offer of Judgment in connection with this lawsuit;

WHEREAS on January 12, 2010, pursuant to the Offer of Judgment, this Court entered an interlocutory judgment in accordance with the Offer of Judgment and Acceptance of the Offer of Judgment by Plaintiffs;

WHEREAS the Parties dispute the amount of reasonable attorneys' fees to be paid to Plaintiffs;

WHEREAS the Parties settled this dispute by reaching an agreement as to an agreed-upon amount of reasonable attorneys' fees, related nontaxable expenses and costs to be paid to Plaintiffs by virtue of their bringing this lawsuit;

WHEREAS, the Parties agree that Starbucks shall pay Plaintiffs, within three business days of the date this Order is signed by this Court, One Hundred Eighty-Four Thousand Three Hundred Twenty-Two and 49/100 Dollars ($184,322.49) in satisfaction of the portion of the judgment comprised of reasonable attorneys' fees, related nontaxable expenses and costs;

WHEREAS the Parties agree that Community 1st Bank has made a claim to amounts paid by Starbucks to Plaintiffs in settlement of this lawsuit, except that Community 1st Bank has expressly disclaimed that it is seeking any portion of the judgment comprised of reasonable attorneys' fees, related nontaxable expenses and

1  costs to be paid to Plaintiffs by virtue of their bringing this lawsuit pursuant to the
2  letter attached hereto as Exhibit A;

3        WHEREAS the Parties agree that within three business days of Starbucks'
4  payment to Plaintiffs of the portion of the judgment comprised of reasonable
5  attorneys' fees, related nontaxable expenses and costs to be paid to Plaintiffs by
6  virtue of their bringing this lawsuit, that portion of the judgment shall be satisfied,
7  and Plaintiff shall file the Partial Satisfaction of Judgment – Attorneys' Fees and
8  Costs attached hereto as Exhibit B; and

9        WHEREAS the Parties agree that this Stipulation shall not in any way limit the
10 res judicata effect of the judgment in this lawsuit or Starbucks' obligation to pay the
11 portion of the judgment comprised of Four Hundred Thousand and NO/100 Dollars
12 ($400,000.00),
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

STIPULATION AND ORDER AWARDING PLAINTIFFS REASONABLE ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES AND COSTS

IT IS HEREBY STIPULATED by and between the Parties, by and through their respective attorneys of record, as follows: Plaintiffs shall be awarded One Hundred Eighty-Four Thousand Three Hundred Twenty-Two and 49/100 Dollars ($184,322.49) as reasonable attorneys' fees, related nontaxable expenses and costs.

Dated: April 13, 2010          THE LACROIX LAW FIRM, P.C.

                               *s/Damian E. LaCroix*
                               Damian E. LaCroix
                               Attorneys for Plaintiffs
                               Rakesh Joshi and Pranika Joshi

Dated: April 13, 2010          WILLENKEN WILSON LOH & LIEB, LLP

                               *s/Eileen M. Ahern*
                               Eileen M. Ahern
                               Attorneys for Defendant
                               Starbucks Corporation

**ORDER**

IT IS SO ORDERED.

Dated: April 14, 2010

                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER AWARDING PLAINTIFFS REASONABLE ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES AND COSTS